

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
E.D.N.Y.
*OCTOBER 22, 2025*
BROOKLYN OFFICE
25-CR-331
JUDGE ORELIA E. MERCHANT

October 22, 2025

**MEMORANDUM**
**TO BREANNA MAHONEY**
**CLERK OF COURT**

        RE: CRAWLEY, Kajuan
        DOCKET NUMBER: 13CR00349 (D/NJ)
        <u>REQUEST FOR JUDICIAL</u>
        <u>REASSIGNMENT</u>

Reference is made to Kajuan Crawley (Crawley), who was sentenced on November 23, 2015, by the Honorable Anne E. Thompson, United States Senior District Judge to one hundred fifty (150) months' custody to be followed by three (3) years' supervised release, a $100 special assessment fee, and a $1500 fine. The following special conditions were also imposed: 1) alcohol/drug testing and treatment; 2) prohibitions on gang/criminal associations; and 3) new debt restrictions. The sentence followed Crawley's conviction of Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a), a Class C Felony.

Crawley commenced his term of supervised release on August 10, 2023, in the Eastern District of New York (ED/NY), based on his residence within this district. He is scheduled to terminate on October 1, 2026.

On October 21, 2025, the Honorable Michael A. Shipp, U.S. District Judge of the D/NJ, signed and order initiating the transfer of jurisdiction to the ED/NY, as Crawley has no plans of moving back to the D/NJ. As per 18 U.S.C. § 3605, our office is requesting transfer of jurisdiction, and we respectfully request that the D/NJ case 13CR00349 be docketed in the ED/NY and assigned to a U.S. District Court Judge. Attached, please find two copies of Probation Form 22, Transfer of Jurisdiction, signed by U.S. District Court Judge Shipp.

Should you have any questions, or require further information, please contact the undersigned officer at (347) 534-3441.

        Respectfully submitted,

        Robert L. Capers
        Chief U.S. Probation Officer

Prepared by,

Alecia D. Ogir
*Digitally signed by Alecia D. Ogir*
*Date: 2025.10.22 13:46:01 -04'00'*

Alecia D. Ogir
U.S. Probation Officer

Approved by,

Lee Kwok
Supervisory U.S. Probation Officer